IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) Case No.: 4:14 CR 213 HEA (NAB) | |
| | ) | |
| BRYAN SCHLATER, | ) | |
| | ) | |
| Defendant. | ) | |

**OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW Defendant Bryan Schlater, by and through counsel, and respectfully submits the following objections to the Presentence Investigation Report.

Paragraph 9:   The Defendant objects to the statement that he has not complied with all Court ordered conditions of release.   The Defendant did test positive for marijuana six days after his arrest, but this was residual marijuana in his system from usage occurring before his arrest. The Defendant has not used drugs or violated any conditions while on release.

Paragraph 21:   The Defendant objects to the value of the laundered funds being greater than $5,000.   As the PSR notes, the amount of money and marijuana cannot be determined.   The parties stipulated to the readily provable amount of money obtained during the execution of the search warrant which is $5,000.   Any other amount is speculative.

Paragraphs 29, 35, 38 & 79:   The Defendant objects to the two additional points added under Section 2B1.1(b)(1)(B) for laundered funds in excess of $5,000.   The Defendant's total offense level should be 13, with a sentencing guideline range of 15- 21 months as noted in Paragraph 80.

Respectfully submitted,

The Welby Law Firm, LLC

*/S/ Stephen R. Welby*
STEPHEN R. WELBY, #42336MO
1221 Locust Street, 4th Floor
St. Louis, Missouri 63103
(314) 436-1888/(314) 436-1811
welbylawfirm@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/S/ Stephen R. Welby*