IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:14-CR-00213-HEA ) ) |
| AMBER SCHLOTTACH, | ) ) |
| Defendant. | ) |

## MOTION TO CONTINUE TRIAL SETTING

COMES NOW Defendant, AMBER SCHLOTTACH, by and through her undersigned counsel, and respectfully requests a continuance of the trial setting in the above-referenced matter from the current setting on the January 12, 2015 trial docket, and for her motion states to the Court as follows:

1.  The undersigned requires additional time to prepare for the possible trial of the instant case or, in the alternative, to arrive at a pretrial resolution of such case. Case preparation has revealed that additional time is necessary to review the discovery in the case and to conduct further investigation.

2.  Denial of a continuance in this matter would lead to a miscarriage of justice for the Defendant, as it is unreasonable to expect adequate preparation for trial proceedings given the current trial setting. The ends of justice would best be served by this continuance, and such continuance would outweigh the best interest of the public and the Defendant to a speedy trial. The Defendant consents to a continuance in this matter, and a Waiver of Speedy Trial executed by the Defendant will be forthcoming.

3.  The undersigned has conferred with the AUSA in this matter, and the AUSA has no

1

objection to a continuance as sought herein.

4.  The Defendant respectfully requests that this matter be continued sixty (60) days from the current setting of January 12, 2015.

WHEREFORE, Defendant moves for a continuance of the trial setting currently set for Monday, January 12, 2015, at 9:30 a.m.

Respectfully Submitted,

KLAR, IZSAK & STENGER, LLC

By:    /s/ Allison F. Stenger
ALLISON F. STENGER, 65208MO
*Attorney for Defendant*
1505 S. Big Bend Blvd.
St. Louis, MO 63117
Phone: (314) 863-1117
Fax:   (314) 863-1118
Email: astenger@lawsaintlouis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of January, 2015 the foregoing Motion to Continue Trial Setting was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Allison F. Stenger